IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| DARIO BORREGO MEJIA, | ) | |
| Plaintiff, | ) ) | |
| v | ) ) | |
| FEDERAL EXPRESS CORPORATION, | ) ) | CIVIL NO. 1:07 CV 069 |
| Defendant. | ) ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Jesus G. Davila of Jesus G. Davila, Attorney at Law, 6611 N. Main, Houston, TX 77009, 713-868-8044, to appear as counsel for the plaintiff in this matter filed on April 5, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Jesus G. Davila is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: April 9, 2007

_____
Dennis L. Howell
United States Magistrate Judge